

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2022

No. 04-22-00028-CR

Matthew **ROSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1910200
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The clerk's record, which was filed in this appeal on March 2, 2022, does not contain a trial court's certification of the defendant's right of appeal, pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure. It is therefore ORDERED that the trial court cause the trial court clerk to file a supplemental clerk's record containing a certification within twenty days from the date of this order.

_Rebeca C. Martinez, Chief Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2022.

_MICHAEL A. CRUZ, Clerk of Court_